## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**LATRICIA A. SMITH**                                                                 **PLAINTIFF**

**VS.**                                                       **CAUSE NO. 1:16-CV-00216-MPM-DAS**

**MUELLER COPPER TUBE COMPANY, INC.**                                   **DEFENDANT**

---

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

COMES NOW Plaintiff Latricia A. Smith, by and through counsel, and files this Unopposed Motion for Extension of Time Within Which to File Reply to Defendant's Motion for Summary Judgment, and in support thereof would respectfully show unto the Court as follows:

1.      On November 13, 2017, Defendant filed its Motion for Summary Judgment [37].

2.      Plaintiff's reply to Defendant's Motion for Summary Judgment [44] is due by November 27, 2017.

3.      Plaintiff's counsel is in need of additional time within which to complete Plaintiff's reply to Defendant's Motion for Summary Judgment [37], and therefore requests one (1) additional day – up to and including November 28, 2017 – within which to file her reply.

4.      Counsel for Defendant, has courteously represented to undersigned counsel for Plaintiff that Defendant does not oppose the relief requested in the instant motion.

5.      The relief requested herein will not prejudice any party, is made in good faith, and will not affect any scheduled hearings.

6.      Because of the simple and self-explanatory nature of the instant motion, Plaintiff requests that she be relieved of any obligation to file a supporting memorandum.

00321175.WPD

WHEREFORE, PREMISES CONSIDERED, Plaintiff Margaret Sue Inmon respectfully requests that this Court enter an Order granting her an additional one (1) day – up to and including November 28, 2017 – within which to file her reply to Defendant's Motion for Summary Judgment [37].

RESPECTFULLY SUBMITTED, this the 27th day of November, 2017.

LATRICIA A. SMITH, Plaintiff

By:     */s/ Ron L. Woodruff*
        Jim Waide, MS Bar No. 6857
        waide@waidelaw.com
        Ron L. Woodruff, MS Bar No. 100391
        rlw@waidelaw.com
        Rachel Pierce Waide, MS Bar No. 100420
        rpierce@waidelaw.com
        WAIDE & ASSOCIATES, P.A.
        332 North Spring Street
        Tupelo, MS  38804-3955
        Post Office Box 1357
        Tupelo, MS  38802-1357
        (662) 842-7324 / Telephone
        (662) 842-8056 / Facsimile

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and

foregoing **Unopposed Motion for Extension of Time Within Which to File Reply to Defendant's**

**Motion for Judgment** with the Clerk of the Court, utilizing this court's electronic case data filing

system (CM/ECF), which sent notification of such filing to the following:

> **Robbin W. Hutton, Esq.**
> **Russell W. Jackson, Esq.**
> **FORD HARRISON LLP**
> **1715 Aaron Brenner Drive, Suite 200**
> **Memphis, TN 38120-1446**
> **rhutton@fordharrison.com**
> **rjackson@fordharrison.com**
> **mduncan@fordharrison.com**

DATED, this the 27th day of November, 2017.

> /s/ Ron L. Woodruff
> Ron L. Woodruff